THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellée, *v.* BERT L. DALY, JR., Defendant-Appellant.

(No. 57138;

First District (3rd Division)—December 7, 1972.

PER CURIAM.

Thomas William Burke, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Terence J. Mahoney, Assistant State's Attorneys, of counsel,) for the People.

ANTONIA VANDERLAAN, Plaintiff-Appellant, *v.* ROGER VANDERLAAN, Defendant-Appellee.

(No. 53786;

First District—December 8, 1972.